**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Bank of New York, As Trustee For The Certificateholdersof CWABS Series 02-BC3,** | ) ) ) | **CASE NO. 1:06 CV 937** |
| Plaintiff, | ) ) | **JUDGE PATRICIA A. GAUGHAN** |
| vs. | ) ) | |
| **Samuel Naylor, et al.,** | ) ) | **Judgment Entry** |
| Defendants. | ) | |

This Court, having issued its Memorandum of Opinion and Order granting plaintiff's Motion for Summary Judgment against defendant, Samuel Naylor (Doc. 21), hereby enters judgment for plaintiff. This Court will not enter default against "unknown" individuals.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 9/6/06